**Sonia Floridalma Perez MATIAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 10–3267.

United States Court of Appeals, Eighth Circuit.

Submitted: May 4, 2011.

Filed: May 9, 2011.

Sonia Floridalma Perez Matias, Schuyler, NE, pro se.

Karen Yolanda Drummond, Richard M. Evans, Assistant Director, Anna Nelson, Jason Wisecup, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Guatemalan citizen Ms. Sonia Floridalma Perez Matias petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of asylum and withholding of removal. We lack jurisdiction to review the determination that Ms. Matias's asylum application was barred as untimely

filed. *See* 8 U.S.C. § 1158(a)(3); *Ngure v. Ashcroft,* 367 F.3d 975, 989 (8th Cir.2004). After careful review, we conclude the denial of withholding of removal is supported by substantial evidence in the record because Ms. Matias did not meet her burden to show a "clear probability" that she would face persecution on account of a protected ground if she were returned to Guatemala. *See Ming Ming Wijono v. Gonzales,* 439 F.3d 868, 872, 874 (8th Cir. 2006) (standard of review).

Accordingly, we deny the petition for review.